IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-01548-AP

ERIN ELLIOTT on behalf of WILLIAM ELLIOTT, deceased,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON<br>Attorney at Law<br>7960 S. Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>AtkinsonAJ@aol.com | JOHN F. WALSH,<br>United States Attorney<br>District of Colorado<br><br>KEVIN TRASKOS,<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>1225 - 17th St., #700<br>Denver, CO 80202<br>Tele: 303-844-7278<br>Fax: 303-844-0770<br>Kevin.traskos@usdoj.gov<br><br>STEPHANIE KILEY,<br>Special Assistant U.S. Attorney<br>1001 – 17th Street<br>Denver, CO 80202<br>303-844-0015<br>Fax: 303-844-0770<br>Email: stephanie.kiley @ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A. **Date Complaint was filed:** June 30, 2010

    B. **Date Complaint was served on U.S. Attorney's office:** July 6, 2010.

    C. **Date Answer and Administrative Record were filed:** September 7, 2010.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:

The Administrative Record appears to be complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.

There are no unusual claims or defenses in this case.

## 7. OTHER MATTERS

There are no other matters to bring to the Court's attention.

## 8. BRIEFING SCHEDULE

    A. **Plaintiff's Opening Brief due:** November 12, 2010

    B. **Defendant's Response Brief due:** December 13, 2010

    C. **Plaintiff's Reply Brief (if any) due:** December 28, 2010

**9. STATEMENTS REGARDING ORAL ARGUMENT**

   A.   **Plaintiff's statement**:

   Plaintiff does not request oral argument.

   B.   **Defendant's statement**

   Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   ( ) All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.

   B.   ( X ) All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

   DATED this 27th day of September, 2010.

                                        BY THE COURT

                                        *s/John L. Kane*
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

s/ *Ann J. Atkinson*
Ann J. Atkinson, Attorney at Law
7960 South Ireland Way
Aurora, CO 80016-1904
Tele: 303-680-1881
Fax: 303-680-7891
Email: AtkinsonAJ@aol.com

UNITED STATES ATTORNEY
s/*Stephanie Kiley*
By: Stephanie Kiley, Esq.
Special Assistant U.S. Attorney
1001 – 17th Street
Denver, CO 80202
Tele: 303-844-0015
Fax: 303-844-0770
Email: stephanie.kiley @ssa.gov