IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01548-WYD

ERIN ELLIOTT on behalf of
WILLIAM ELLIOTT, deceased

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER is before the Court on Plaintiff's Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) filed November 1, 2011.  The motion asserts that the parties have stipulated that Plaintiff receive an award of attorney fees in the amount of $3,400.00 under the Equal Access to Justice Act.  Having reviewed the motion and being fully advised in the premises, it is

ORDERED that Plaintiff's Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)  (ECF No. 22) is **GRANTED**.  In accordance therewith, attorney fees in the amount of **$3,400.00** are awarded and shall be made payable to Plaintiff.

Dated November 3, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge